**EXHIBIT 1 TO ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,³<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY, BUREAU OF CUSTOMS AND BORDER PROTECTION,<br><br>Defendant. | Adv. Proc. No. 25-508292 (TMH) |

**STIPULATION FOR FURTHER EXTENSION
OF TIME FOR THE DEFENDANT TO ANSWER THE COMPLAINT**

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Christmas Tree Shops LLC, *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant Department Of Homeland Security, Bureau Of Customs And Border Protection (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation for Further Extension of Time for*

---

³ The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

*Defendant to Answer the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which the Defendant may answer the *Complaint* [D.I. 1] in the above-captioned adversary proceeding is hereby further extended to and including September 26, 2025.

2. Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

| | |
|---|---|
| Dated: August 28, 2025 | Dated: August 28, 2025 |
| PACHULSKI STANG ZIEHL & JONES LLP | United States Attorney's Office |
| /s/ Peter J. Keane | /s/ Dante S. Pavan |
| Bradford J. Sandler (DE Bar No. 4142) | Assistant United States Attorney |
| Peter J. Keane (DE Bar No. 5503) | United States Attorney's Office |
| Edward A. Corma (DE Bar No. 6718) | District of Delaware |
| 919 North Market Street, 17th Floor | 1313 North Market Street |
| P.O. Box 8705 | Wilmington, DE 19801 |
| Wilmington, DE 19899-8705 (Courier 19801) | Telephone: (302) 507-5138 |
| Telephone: (302) 652-4100 | Email: dante.pavan@usdoj.gov |
| Facsimile: (302) 652-4400 | |
| Email: bsandler@pszjlaw.com | *Counsel to Defendant* |
|     pkeane@pszjlaw.com | *Department of Homeland Security, Bureau of* |
|     ecorma@pszjlaw.com | *Customs and Border Protection* |

*Counsel to Plaintiff George L. Miller, Chapter 7 Trustee of Christmas Tree Shops, LLC, et al.*